

# NUMBER 13-18-00140-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN RE MCALLEN ANESTHESIA CONSULTANTS, P.A., et. al.

## On Petition for Writ of Mandamus.

## ORDER

### Before Chief Justice Valdez and Justices Benavides and Longoria
### Order Per Curiam

Relators McAllen Anesthesia Consultants, P.A., Doctors Hospital at Renaissance, Ltd. d/b/a Doctors Hospital at Renaissance, and Edgar Armando Rodriguez, M.D. filed an emergency motion to stay the trial court order and discovery propounded pursuant to such order pending this Court's action on relators' petition for writ of mandamus. The real parties in interest, Jose David Sanchez, individually and as guardian of the person and estate of Arleena Mancha Sanchez and as next friend of XXXXX XXXX XXXXX,[1] a minor, have not yet filed a response in opposition to this emergency motion.

---

[1] Relator utilizes this pseudonym to refer to the minor child, and we do likewise. *See generally* TEX. R. APP. P. 9.8.

This Court, having examined and fully considered the emergency motion, is of the opinion that it should be granted. We GRANT the emergency motion and order that the trial court's March 9, 2018 order and all discovery propounded pursuant to that order, to be stayed pending resolution of this original proceeding.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
14th day of March, 2018.